UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSUE PAGUADA,

                               Plaintiff,                    20-CV-7401-JPO-SN

       -against-                                **ORDER**

BABYVISION, INC.,

                               Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 10, 2020, Plaintiff filed the instant action. Defendant waived service on November 2, 2021. After the Court granted Defendant's request for an extension of time, Defendant was ordered to file their answer or response to Plaintiff's complaint by February 4, 2021. As Defendant has failed file an answer in this case, Plaintiff is directed to advise the Court as to whether Plaintiff intends to move for default judgment, pursuant to Federal Rule of Civil Procedure 55, no later than February 16, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 8, 2021
              New York, New York